IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MANUEL LARA ANDRADE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-20-114-SLP |
| ) | |
| NORTHERN DISTRICT OF ) | |
| OKLAHOMA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered March 30, 2020 [Doc. No. 10]. Judge Erwin recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be denied and that he be required to pay the filing fee in the amount of $5.00. The Court Docket reflects that Petitioner paid the filing fee on April 17, 2020. Therefore, the Report and Recommendation is adopted in its entirety. The Motion for Leave to Proceed *In Forma Pauperis* is denied and this matter is re-referred to United States Magistrate Judge Shon T. Erwin in accordance with the original referral entered on February 10, 2020.

IT IS SO ORDERED this 17th day of April, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE